# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0403**
Charles Daniel Goggins v State of Alabama (Appeal from Chilton Circuit Court: CC-22-309)

# <u>NOTICE</u>

You are hereby notified that on May 17, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk